DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATIAS JOSE SALVATIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATIAS JOSE SALVATIERRA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-Cr-00266 OWW <br><br> STIPULATION CONTINUING MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON <br><br> Date: August 14, 2006 <br> Time: 1:30 P.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before July 19, 2006, government responses to be filed on or before August 9, 2006, **and the hearing on motions now scheduled for July 31, 2006, may be continued to August 14, 2006, at 1:30 P.M.**

This motion is requested by counsel for defendant to continue  investigation, and to prepare any appropriate motions.

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 7, 2006            By  /s/  David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: July 7, 2006            By  /s/ Ann H. Voris
                                    ANN . VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MATIAS JOSE SALVATIERRA


## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 8, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Schedule and
Hearing; and [Proposed] Order Thereon

2