DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATIAS JOSE SALVATIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATIAS JOSE SALVATIERRA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 1:05-Cr-00266 OWW <br><br> STIPULATION CONTINUING MOTIONS HEARING; AND ORDER THEREON <br><br> Date:  August 15, 2006 <br> Time:  1:30 P.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now scheduled for August 14, 2006, may be continued to August 15, 2006, at 1:30 P.M.**

This motion is requested because counsel for defendant will not be available for court on August 14, 2006.

///

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: August 8, 2006        By  /s/ David L. Gappa
        DAVID L. GAPPA
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: August 8, 2006        By  /s/ Ann H. Voris
        ANN . VORIS
        Assistant Federal Defender
        Attorney for Defendant
        MATIAS JOSE SALVATIERRA

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 10, 2006**        **/s/ Oliver W. Wanger**
emm0d6        UNITED STATES DISTRICT JUDGE