DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATIAS JOSE SALVATIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATIAS JOSE SALVATIERRA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-Cr-00266 OWW <br><br> STIPULATION CONTINUING SENTENCING SCHEDULE AND HEARING;  ORDER THEREON <br><br> Date:  February 12, 2007 <br> Time:  9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **defendant's responses to the government's objections to the Presentence Investigation Report now due December 15, 2006, may be continued to January 15, 2007, and the sentencing hearing now scheduled for January 9, 2007, may be continued to February 12, 2007, at 9:00 A.M.**

This motion is requested to allow counsel for defendant additional time for investigation and preparation of responses and sentencing in this matter.

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED:  December 19, 2007          By  /s/  David L. Gappa
                                          DAVID L. GAPPA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

DATED: December 19, 2006           By   /s/ Ann H. Voris
                                          ANN . VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MATIAS JOSE SALVATIERRA

## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

     IT IS SO ORDERED.

**Dated:   December 19, 2006**                     /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE