DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATIAS JOSE SALVATIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-Cr-00266 LJO |
| Plaintiff, ) | STIPULATION CONTINUING SENTENCING SCHEDULE AND HEARING; ORDER THEREON |
| v. ) | |
| MATIAS JOSE SALVATIERRA, ) | Date: April 20, 2007 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **defendant's responses to the government's objections to the Presentence Investigation Report may be continued to April 6, 2007, and the sentencing hearing now scheduled for March 23, 2007, may be continued to April 20, 2007, at 9:00 A.M.**

This motion is requested to allow counsel for defendant additional time for investigation and preparation of responses prior to sentencing in this matter.

///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

          McGREGOR W. SCOTT
          United States Attorney

DATED:  March 20, 2007        By  /s/  David L. Gappa
          DAVID L. GAPPA
          Assistant U.S. Attorney
          Attorney for Plaintiff


          DANIEL J. BRODERICK
          Federal Public Defender

DATED: March 20, 2007        By  /s/ Ann H. Voris
          ANN . VORIS
          Assistant Federal Defender
          Attorney for Defendant
          MATIAS JOSE SALVATIERRA


**O R D E R**

Good cause exists for the continuance for the reasons given in the above stipulation.   Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     March 21, 2007**        /s/ Lawrence J. O'Neill
b9ed48          UNITED STATES DISTRICT JUDGE