**FILED**

APR 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05-CR-00266 LJO |
| Plaintiff, | <u>ORDER TO SEAL</u> |
| vs. | |
| MATIAS JOSE SALVATIERRA, | |
| Defendant. | |

On the basis of good cause, due to the sensitive nature of the photographs, this Court DIRECTS the clerk of this Court to seal COURT EXHIBIT A from the Sentencing Hearing held on April 20, 2007. The exhibits are to remain sealed, absent a court order to the contrary.

IT IS SO ORDERED.

DATED: April 20, 2007

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1