HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:05-CR-00266-JLT |
|---|---|
| *Plaintiff,* | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) |
| MATIAS JOSE SALVATIERRA, | ) |
| *Defendant,* | ) |

Defendant, Matias Jose Salvatierra, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Salvatierra submits the attached Financial Affidavit as evidence of his inability to retain counsel. On February 3, 2023, a Petition for Violation of Supervised Release was filed, and a summons has issued for Mr. Salvaterra's initial appearance on February 17, 2023.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be promptly appointed to facilitate his appearance.

DATED: February 6, 2023         */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __February 6, 2023__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE